United States District Court
Southern District of Texas
**ENTERED**
May 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **ARTURO FLORES,** *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 5:18-CV-4 |
| | § § | |
| **JORGE A MEZA SUAREZ,** *et al.*, | § § | |
| Defendants. | § § | |

## DIRECTIVE TO CLERK OF COURT

Before the Court is the parties' "Joint Motion to Dismiss" signed by all parties. (Dkt. 7.) The Court construes the motion as a self-effectuating joint stipulation of dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Furthermore, the Court notes that the parties have agreed that dismissal of this case should be with prejudice. Accordingly, this case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is hereby DIRECTED to TERMINATE this case.

SIGNED this 24th day of May, 2018.

_____
Diana Saldaña
United States District Judge